**Opinion filed May 27, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00116-CR
_____

## CAROL JOHNENE MORRIS, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No.  CR-36894/recusal**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order denying a motion to recuse.  We dismiss for want of jurisdiction.

When the clerk's record was filed in this court on April 30, 2010, the clerk of this court wrote the parties stating that the March 16, 2010 order did not appear to be an appealable order. Morris was directed to respond to this court in writing on or before May 17, 2010, showing grounds for continuing her appeal.  There has been no response to our April 30 letter.

The March 16 order is not appealable at this time; therefore, this appeal is dismissed.

PER CURIAM

May 27, 2010

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.